January 18, 1971

No. 23,674   United States v Daniel F. Yingst, PVT, U. S. Army (CM 422424).

ORDERED:
That the Petition be, and the same is, hereby granted; and it is further

ORDERED:
That the charges be, and the same are, hereby dismissed.